IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | |
| : | |
| v. : | Civil No. 1:07CV00247 |
| : | |
| $21,000.00 in U.S. CURRENCY, : | |
| Defendant. : | |

## ENTRY OF DEFAULT

IT APPEARING that all persons and entities, except Jeffrey Wayne Alley, having any interest in the defendant property are in default for failure to file a claim and an answer or otherwise defend as provided for in Rule G of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims.

Default is hereby entered against all persons and entities, except Jeffrey Wayne Alley, having any interest in the defendant property.

This the 15th day of January, 2008.

                                                  /s/ John S. Brubaker
                                         CLERK, U.S. DISTRICT COURT